IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATRICIA RICHARDS**                                                          **PLAINTIFF**

V.                        NO. 4:11CV00715-JMM

**MEDTRONIC, INC. and**
**DR. CARL COVEY**                                                  **DEFENDANTS**

## ORDER

On December 19, 2011 the Court granted the Plaintiff's motion to stay deadlines to allow the parties to discuss settlement. The case was stayed for a period of forty-five (45) days. On December 27, 2011, the Court granted a motion to continue the trial setting.

The parties have submitted status reports indicating that they have not settled this matter. Accordingly, the stay imposed on December 19, 2011 is hereby lifted. Plaintiff's response to the pending motion for summary judgment filed on behalf of Medtronic, Inc. is due on or before February 16, 2012.

The case will be reset for trial be separate Order.

IT IS SO ORDERED this 6th day of February, 2012.

_James M. Moody_
James M. Moody
United States District Judge