IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PATRICIA RICHARDS**                                                                 **PLAINTIFF**

VS.                                       **4:11CV00715JMM**

**MEDTRONIC, INC., and**
**DR. CARL COVEY**                                                                **DEFENDANTS**

**ORDER**

Having been notified that a settlement has been reached in this matter, the Court finds that the complaint and all claims against these Defendants are dismissed with prejudice. The Clerk is directed to close the case. If the parties desire any executed stipulations of dismissal be made a part of the record, they are directed to file the stipulations within thirty (30) days of the entry of this order.

IT IS SO ORDERED this 29th day of May, 2012.


_____
James M. Moody
United States District Judge